# EXHIBIT 1



*Source:* *Lowey Dannenberg, P.C.*

*December 22, 2021 19:06 ET*

## SHAREHOLDER ALERT: Lowey Dannenberg, P.C. Files Securities Class Action Lawsuit Against Arrival SA on Behalf of Investors Who Acquired Shares from November 18, 2020 and November 19, 2021, Inclusive, and Encourages Investors to Inquire About the Lead Plaintiff Position Before the February 22, 2022 Lead Plaintiff Deadline

NEW YORK, Dec. 22, 2021 (GLOBE NEWSWIRE) -- Lowey Dannenberg P.C., a preeminent law firm in obtaining redress for consumers and investors, has filed a federal securities class action in the United States District Court Southern District of New York on behalf of its client and all similarly situated investors who purchased or otherwise acquired common stock of Arrival SA. ("Arrival" or "Company") (NASDAQ: ARVL) from November 18, 2020 and November 19, 2021, inclusive (the "Class Period"). The class action alleges violations of the federal securities laws.

Arrival is a UK Company headquartered in London. Arrival is a manufacturer and distributor of commercial electric vehicles ("EVs"), including vans, cars, and buses. Arrival develops vertically integrated technologies and products that create a new approach to the assembly of EVs.

On November 8, 2021, Arrival announced the Company's financial results for the third quarter of 2021, including a loss of €26 million, and adjusted EBITDA loss for the quarter of €40 million. The Company also significantly scaled back its long-term projections, pushing its production and sales timelines into later time periods. On this news, shares of Arrival plummeted $4.33, or 24%, to close at $13.46 on November 10, 2021. Only a week later, on November 17, 2021, Arrival announced a $200 million offering of green convertible senior notes due 2026, intended to finance the development of EVs. On the same day, November 17, 2021, Arrival announced the commencement of an underwritten public offering of 25 million ordinary shares pursuant to a registration statement on Form F-1 filed with the SEC in a bid to raise around $330 million in cash. Arrival shares again dropped $0.82, or approximately 8%, to close at $9.91 on November 18, 2021.

The Complaint alleges Arrival made false and misleading statements to the public throughout the Class Period and failed to disclose material adverse facts about the Company's business, operational, and financial prospects. Specifically, Arrival made false and/or misleading statements concerning: (i) the Company would record a substantially greater net loss and adjusted EBITDA loss in the third quarter of 2021 compared to the third quarter of 2020; (ii) the Company would experience far greater capital and operational expenses required to operate and deploy its microfactories and manufacture EVs than disclosed; (iii) the Company would not capitalize on or achieve profitability or provide meaningful revenue in the time periods disclosed; (iv) the Company would not achieve its production and sales volumes; (v) the Company would not meet the disclosed production rollout deadlines; (vi) accordingly, the Company materially overstated its financial and operational position and/or prospects; and (vii) as a result, the Company's public statements were materially false and misleading at all relevant times.

If you wish to serve as Lead Plaintiff for the Class, you must file a motion with the Court no later than February 22, 2022. Any member of the proposed Class may move to serve as the Lead Plaintiff through counsel of their choice.

If you have suffered a net loss from investment in Arrival's common stock from November 18, 2020 and November 19, 2021, you may obtain additional information about this lawsuit and your ability to become a Lead Plaintiff, by contacting Lowey Dannenberg attorneys at investigations@lowey.com or by calling 914-733-7256. The class action is titled *Schmutter v. Arrival SA.*, No. 21-11016 (S.D.N.Y.).

Contact

Lowey Dannenberg P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 733-7256
Email: investigations@lowey.com