# EXHIBIT 3

**Arrival SA Loss Chart**
**Class Period: November 18, 2020 through November 19, 2021**

**Lookback Price** **$6.45**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|
| Mostaco Corp. | 8/25/2021 | 7,204 | ($10.69) | ($77,010.76) | | | | | | | |
| | 8/25/2021 | 5,400 | ($10.57) | ($57,078.00) | | | | | | | |
| | 8/25/2021 | 4,840 | ($10.98) | ($53,143.20) | | | | | | | |
| | 8/25/2021 | 6,777 | ($10.68) | ($72,378.36) | | | | | | | |
| | 8/25/2021 | 3,680 | ($10.67) | ($39,265.60) | | | | | | | |
| | 8/25/2021 | 8,982 | ($10.79) | ($96,915.78) | | | | | | | |
| | 8/25/2021 | 5,856 | ($10.61) | ($62,132.16) | | | | | | | |
| | 8/25/2021 | 5,411 | ($10.82) | ($58,547.02) | | | | | | | |
| | 8/25/2021 | 7,820 | ($10.92) | ($85,394.40) | | | | | | | |
| | 8/25/2021 | 8,210 | ($10.64) | ($87,354.40) | | | | | | | |
| | 8/25/2021 | 8,709 | ($10.97) | ($95,537.73) | | | | | | | |
| | 8/25/2021 | 13,125 | ($10.67) | ($140,043.75) | | | | | | | |
| | 8/25/2021 | 8,606 | ($10.91) | ($93,891.46) | | | | | | | |
| | 8/25/2021 | 8,738 | ($10.74) | ($93,846.12) | | | | | | | |
| | 8/25/2021 | 5,810 | ($10.86) | ($63,096.60) | | | | | | | |
| | 8/25/2021 | 11,213 | ($10.72) | ($120,203.36) | | | | | | | |
| | 8/25/2021 | 6,181 | ($10.76) | ($66,507.56) | | | | | | | |
| | 8/25/2021 | 10,000 | ($10.54) | ($105,400.00) | | | | | | | |
| | 8/25/2021 | 13,500 | ($10.81) | ($145,935.00) | | | | | | | |
| | 8/25/2021 | 4,320 | ($10.60) | ($45,792.00) | | | | | | | |
| | 8/25/2021 | 8,570 | ($10.88) | ($93,241.60) | | | | | | | |
| | 8/25/2021 | 7,410 | ($10.65) | ($78,916.50) | | | | | | | |
| | 8/25/2021 | 12,867 | ($10.96) | ($141,022.32) | | | | | | | |
| | 8/25/2021 | 7,550 | ($10.75) | ($81,162.50) | | | | | | | |
| | 8/25/2021 | 8,960 | ($10.67) | ($95,603.20) | | | | | | | |
| | 8/25/2021 | 7,634 | ($10.93) | ($83,439.62) | | | | | | | |
| | 8/25/2021 | 7,541 | ($10.95) | ($82,573.95) | | | | | | | |
| | 8/25/2021 | 8,485 | ($10.83) | ($91,892.55) | | | | | | | |
| | 8/25/2021 | 3,884 | ($10.63) | ($41,286.92) | | | | | | | |
| | 8/25/2021 | 9,295 | ($10.94) | ($101,687.30) | | | | | | | |
| | 10/18/2021 | 7,086 | ($14.33) | ($101,542.38) | | | | | | | |
| | 10/18/2021 | 7,913 | ($14.38) | ($113,788.94) | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/18/2021 | 9,820 | ($14.39) | ($141,309.80) | | | | |
| 10/18/2021 | 9,977 | ($14.41) | ($143,768.57) | | | | |
| 10/18/2021 | 7,781 | ($14.37) | ($111,812.97) | | | | |
| 10/18/2021 | 4,584 | ($14.43) | ($66,147.12) | | | | |
| 10/19/2021 | 7,461 | ($14.97) | ($111,691.17) | | | | |
| 10/19/2021 | 6,701 | ($14.99) | ($100,447.99) | | | | |
| 10/19/2021 | 7,455 | ($14.59) | ($108,768.45) | | | | |
| 10/19/2021 | 6,047 | ($15.18) | ($91,793.46) | | | | |
| 10/19/2021 | 6,825 | ($15.02) | ($102,511.50) | | | | |
| 10/19/2021 | 8,031 | ($15.06) | ($120,946.86) | | | | |
| 10/19/2021 | 6,627 | ($14.87) | ($98,543.49) | | | | |
| 10/19/2021 | 8,446 | ($14.79) | ($124,916.34) | | | | |
| 10/19/2021 | 6,834 | ($14.90) | ($101,826.60) | | | | |
| 10/19/2021 | 7,147 | ($14.96) | ($106,919.12) | | | | |
| 10/19/2021 | 7,909 | ($15.12) | ($119,584.08) | | | | |
| 10/19/2021 | 5,004 | ($14.94) | ($74,759.76) | | | | |
| 10/19/2021 | 4,171 | ($15.00) | ($62,565.00) | | | | |
| 10/19/2021 | 7,164 | ($15.01) | ($107,531.64) | | | | |
| 10/19/2021 | 6,401 | ($14.63) | ($93,646.63) | | | | |
| 10/19/2021 | 6,277 | ($14.53) | ($91,204.81) | | | | |
| 10/19/2021 | 10,616 | ($14.69) | ($155,949.04) | | | | |
| 10/19/2021 | 6,274 | ($14.98) | ($93,984.52) | | | | |
| 10/19/2021 | 1,490 | ($15.21) | ($22,662.90) | | | | |
| | 410,619 | | ($5,118,922.86) | | 410,619 | $2,646,439.46 | ($2,472,483.41) |