**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL A. SANCHEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR,<br><br>          Defendants. | Case No.: 1:22-cv-00172-DG-RLM<br><br>Hon. Diane Gujarati |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF KNS HOLDINGS LLC DBPP UA JAN. 1, 2016'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant KNS Holdings LLC DBPP UA Jan. 1, 2016 ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class in the above-captioned action (the "Action").

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:      PSLRA Certification signed by Kwan Fan on behalf of Movant as trustee and/or administrator attesting to its transactions of Arrival SA. ("Arrival" or the "Company") common shares;

**Exhibit B**:      Loss Chart reflecting the losses incurred by Movant as a result of its transactions in Arrival common shares;

**Exhibit C**:    Press Release published December 22, 2021, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Schmutter, et al. v. Arrival SA., et. al.,* Case No. 1:21-cv-11016-NRB;

**Exhibit D**:    Declaration signed by Kwan Fan in support of Movant's lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: February 22, 2022                                  Respectfully Submitted,

                                                         **LEVI & KORSINSKY, LLP**

                                                         By: */s/ Adam M. Apton*
                                                         Adam M. Apton
                                                         55 Broadway, 10th Floor
                                                         New York, NY 10006
                                                         Tel: (212) 363-7500
                                                         Fax: (212) 363-7171
                                                         Email: aapton@zlk.com

                                                         *Lead Counsel for KNS Holdings LLC DBPP*
                                                         *UA Jan. 1, 2016 and [Proposed] Lead*
                                                         *Counsel for the Class*

2