# EXHIBIT A

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, Kwan Fan, on behalf of the KNS Holdings LLC DBPP UA Jan. 1, 2016 ("Plaintiff") as trustee and/or administrator, duly certify and say, as to the claims asserted under the federal securities laws, that:

1.      I am duly authorized to act on behalf of Plaintiff in all respects to this lawsuit.

2.      I, on behalf of Plaintiff, have reviewed the complaint filed in this matter.

3.      Plaintiff did not purchase or sell the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

4.      Plaintiff is willing to serve as the representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      Plaintiff's transaction(s) in Arrival S.A. securities which are the subject of this litigation during the class period are set forth in the chart attached hereto.

6.      Within the last 3 years, Plaintiff has not sought to serve nor served as a class representative in any federal securities fraud case.

7.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify, under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February 2022.

Kwan Fan
KNS Holdings LLC DBPP UA Jan. 1, 2016

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 12-08-2020 | P | 1580 | $ 34.0000 |
| 12-08-2020 | P | 2820 | $ 33.9991 |
| 12-08-2020 | P | 600 | $ 33.9900 |
| 12-08-2020 | S | -5000 | $ 34.5700 |
| 12-09-2020 | P | 2045 | $ 33.0000 |
| 12-09-2020 | P | 542 | $ 33.1700 |
| 12-09-2020 | S | -2045 | $ 34.8000 |
| 12-09-2020 | S | -542 | $ 35.0201 |
| 12-09-2020 | P | 315 | $ 35.5000 |
| 12-09-2020 | P | 2185 | $ 36.1000 |
| 12-09-2020 | P | 2500 | $ 36.0000 |
| 12-09-2020 | P | 1000 | $ 35.0900 |
| 12-09-2020 | P | 2500 | $ 34.6500 |
| 12-09-2020 | P | 2500 | $ 34.0300 |
| 12-09-2020 | P | 600 | $ 33.7500 |
| 12-09-2020 | P | 100 | $ 33.8000 |
| 12-09-2020 | P | 28 | $ 33.5000 |
| 12-09-2020 | P | 7 | $ 33.1000 |
| 12-10-2020 | P | 1000 | $ 30.8100 |
| 12-10-2020 | P | 1000 | $ 30.5000 |
| 12-10-2020 | P | 500 | $ 29.7500 |
| 12-10-2020 | P | 400 | $ 29.5000 |
| 02-16-2021 | P | 5000 | $ 27.3100 |
| 02-16-2021 | P | 365 | $ 27.3000 |
| 02-16-2021 | P | 2000 | $ 27.2600 |
| 04-13-2021 | P | 1000 | $ 13.9256 |
| 04-13-2021 | P | 2000 | $ 13.7900 |
| 04-13-2021 | P | 625 | $ 13.6300 |
| 04-13-2021 | P | 18 | $ 13.2601 |
| 04-13-2021 | P | 68 | $ 13.2998 |
| 04-14-2021 | P | 950 | $ 12.9100 |
| 04-14-2021 | P | 19 | $ 12.7800 |
| 04-16-2021 | P | 975 | $ 12.8200 |
| 11-17-2021 | P | 225 | $ 11.4800 |