# EXHIBIT B

| Client Name | KNS Holdings LLC DBPP UA Jan. 1, 2016 |
|---|---|
| Company Name | Arrival SA. |
| Ticker Symbol | ARVL |
| Security Type | |
| Class Period Start | 11-18-2020 |
| Class Period End | 11-19-2021 |
| 90-DAY Lookback Period Start | 11-20-2021 |
| 90-DAY Lookback Period End | 02-16-2022 |
| 90-DAY Lookback Average | $ 06.45 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $592,198.55 |
| DURA LIFO* Total | $592,198.55 |
| Gross Shares Purchased | 35,467 |
| Net Shares Retained | 27,880 |
| Net Funds Expended | $771,885.15 |

### KNS Holdings LLC DBPP UA Jan. 1, 2016

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-08-2020 | 1580 | 34 | $ 53,720.00 | 12-08-2020 | 1580 | | $ 34.57 | $ 54,620.60 | - | - | - | $ 06.45 | | -$ 900.60 | -$ 900.60 |
| 12-08-2020 | 2820 | 33.9991 | $ 95,877.46 | 12-08-2020 | 2820 | | $ 34.57 | $ 97,487.40 | - | - | - | $ 06.45 | | -$ 1,609.94 | -$ 1,609.94 |
| 12-08-2020 | 600 | 33.99 | $ 20,394.00 | 12-08-2020 | 600 | | $ 34.57 | $ 20,742.00 | - | - | - | $ 06.45 | | -$ 348.00 | -$ 348.00 |
| 12-09-2020 | 1503 | 33 | $ 49,599.00 | 12-09-2020 | 1503 | | $ 34.80 | $ 52,304.40 | - | - | - | $ 06.45 | | -$ 2,705.40 | -$ 2,705.40 |
| 12-09-2020 | 542 | 33 | $ 17,886.00 | 12-09-2020 | 542 | | $ 35.02 | $ 18,980.89 | - | - | - | $ 06.45 | | -$ 1,094.89 | -$ 1,094.89 |
| 12-09-2020 | 542 | 33.17 | $ 17,978.14 | 12-09-2020 | 542 | | $ 34.80 | $ 18,861.60 | - | - | - | $ 06.45 | | -$ 883.46 | -$ 883.46 |
| 12-09-2020 | 315 | 35.5 | $ 11,182.50 | | | | | | - | 315 | 315 | $ 06.45 | $ 2,030.18 | $ 9,152.33 | $ 9,152.33 |
| 12-09-2020 | 2185 | 36.1 | $ 78,878.50 | | | | | | - | 2185 | 2185 | $ 06.45 | $ 14,082.33 | $ 64,796.18 | $ 64,796.18 |
| 12-09-2020 | 2500 | 36 | $ 90,000.00 | | | | | | - | 2500 | 2500 | $ 06.45 | $ 16,112.50 | $ 73,887.50 | $ 73,887.50 |
| 12-09-2020 | 1000 | 35.09 | $ 35,090.00 | | | | | | - | 1000 | 1000 | $ 06.45 | $ 6,445.00 | $ 28,645.00 | $ 28,645.00 |
| 12-09-2020 | 2500 | 34.65 | $ 86,625.00 | | | | | | - | 2500 | 2500 | $ 06.45 | $ 16,112.50 | $ 70,512.50 | $ 70,512.50 |
| 12-09-2020 | 2500 | 34.03 | $ 85,075.00 | | | | | | - | 2500 | 2500 | $ 06.45 | $ 16,112.50 | $ 68,962.50 | $ 68,962.50 |
| 12-09-2020 | 600 | 33.75 | $ 20,250.00 | | | | | | - | 600 | 600 | $ 06.45 | $ 3,867.00 | $ 16,383.00 | $ 16,383.00 |
| 12-09-2020 | 100 | 33.8 | $ 3,380.00 | | | | | | - | 100 | 100 | $ 06.45 | $ 644.50 | $ 2,735.50 | $ 2,735.50 |
| 12-09-2020 | 28 | 33.5 | $ 938.00 | | | | | | - | 28 | 28 | $ 06.45 | $ 180.46 | $ 757.54 | $ 757.54 |
| 12-09-2020 | 7 | 33.1 | $ 231.70 | | | | | | - | 7 | 7 | $ 06.45 | $ 45.12 | $ 186.59 | $ 186.59 |
| 12-10-2020 | 1000 | 30.81 | $ 30,810.00 | | | | | | - | 1000 | 1000 | $ 06.45 | $ 6,445.00 | $ 24,365.00 | $ 24,365.00 |
| 12-10-2020 | 1000 | 30.5 | $ 30,500.00 | | | | | | - | 1000 | 1000 | $ 06.45 | $ 6,445.00 | $ 24,055.00 | $ 24,055.00 |
| 12-10-2020 | 500 | 29.75 | $ 14,875.00 | | | | | | - | 500 | 500 | $ 06.45 | $ 3,222.50 | $ 11,652.50 | $ 11,652.50 |
| 12-10-2020 | 400 | 29.5 | $ 11,800.00 | | | | | | - | 400 | 400 | $ 06.45 | $ 2,578.00 | $ 9,222.00 | $ 9,222.00 |
| 02-16-2021 | 5000 | 27.31 | $ 136,550.00 | | | | | | - | 5000 | 5000 | $ 06.45 | $ 32,225.00 | $ 104,325.00 | $ 104,325.00 |
| 02-16-2021 | 365 | 27.3 | $ 9,964.50 | | | | | | - | 365 | 365 | $ 06.45 | $ 2,352.43 | $ 7,612.08 | $ 7,612.08 |
| 02-16-2021 | 2000 | 27.26 | $ 54,520.00 | | | | | | - | 2000 | 2000 | $ 06.45 | $ 12,890.00 | $ 41,630.00 | $ 41,630.00 |
| 04-13-2021 | 1000 | 13.9256 | $ 13,925.60 | | | | | | - | 1000 | 1000 | $ 06.45 | $ 6,445.00 | $ 7,480.60 | $ 7,480.60 |
| 04-13-2021 | 2000 | 13.79 | $ 27,580.00 | | | | | | - | 2000 | 2000 | $ 06.45 | $ 12,890.00 | $ 14,690.00 | $ 14,690.00 |
| 04-13-2021 | 625 | 13.63 | $ 8,518.75 | | | | | | - | 625 | 625 | $ 06.45 | $ 4,028.13 | $ 4,490.63 | $ 4,490.63 |
| 04-13-2021 | 18 | 13.2601 | $ 238.68 | | | | | | - | 18 | 18 | $ 06.45 | $ 116.01 | $ 122.67 | $ 122.67 |
| 04-13-2021 | 68 | 13.2998 | $ 904.39 | | | | | | - | 68 | 68 | $ 06.45 | $ 438.26 | $ 466.13 | $ 466.13 |
| 04-14-2021 | 950 | 12.91 | $ 12,264.50 | | | | | | - | 950 | 950 | $ 06.45 | $ 6,122.75 | $ 6,141.75 | $ 6,141.75 |
| 04-14-2021 | 19 | 12.78 | $ 242.82 | | | | | | - | 19 | 19 | $ 06.45 | $ 122.46 | $ 120.37 | $ 120.37 |
| 04-16-2021 | 975 | 12.82 | $ 12,499.50 | | | | | | - | 975 | 975 | $ 06.45 | $ 6,283.88 | $ 6,215.63 | $ 6,215.63 |
| 11-17-2021 | 225 | 11.48 | $ 2,583.00 | | | | | | - | 225 | 225 | $ 06.45 | $ 1,450.13 | $ 1,132.88 | $ 1,132.88 |
| **Total:** | **35,467** | | **$1,034,882.04** | | **7,587** | | | **$262,996.89** | | **27,880** | **27,880** | | **$179,686.60** | **$592,198.55** | **$592,198.55** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.