# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL A. SANCHEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR,<br><br>Defendants. | Case No.: 1:22-cv-00172-DG-RLM<br><br>Hon. Diane Gujarati |

### DECLARATION OF KWAN FAN IN SUPPORT OF KNS HOLDINGS LLC DBPP UA JAN. 1, 2016 MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Kwan Fan, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of KNS Holdings LLC DBPP UA Jan. 1, 2016's motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Arrival SA. ("Arrival" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in Scottsdale, Arizona. I possess a Bachelor of Science Kinesiology from San Jose State University with a minor in business management. I have been employed as a real estate broker for over fifteen years and with the same firm for the past six years earning commissions on real estate sales. I have experience in mortgage lending and investing in primary residential properties. I have been investing in securities for approximately four years.

3.      I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate

vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I communicated with attorneys at Levi & Korsinsky, LLP and several other firms about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe fiduciary duties to the Class to act in its best interest.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would best serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP and authorized the firm to file a lead plaintiff motion on my behalf. I also notified the other firms I had spoken to that they were not authorized to take any action on my behalf. I understand that my counsel at Levi & Korsinsky, LLP is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.


Signed:

Name: Kwan Fan

Date: 2/21/22                                                2