# EXHIBIT C

Movant's Purchases and Losses

Class Period: 11/18/2020 - 11/19/2021

Arrival SA

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Shi, Yangchen | 06/28/2021 | 0 | $16.26 | $1.22 | 07/16/2021 | 200 | $13.50 | $2,695.25 | |
| | 06/28/2021 | 3 | $16.27 | $48.79 | 07/20/2021 | 87 | $13.84 | $1,200.00 | |
| | 07/15/2021 | 34 | $13.29 | $450.40 | 07/21/2021 | 0 | $14.12 | $0.28 | |
| | 07/16/2021 | 1 | $13.62 | $7.78 | 07/21/2021 | 110 | $14.10 | $1,551.00 | |
| | 07/16/2021 | 15 | $13.62 | $204.30 | 08/03/2021 | 0 | $12.17 | $2.74 | |
| | 07/16/2021 | 0 | $13.60 | $1.54 | 08/03/2021 | 478 | $12.17 | $5,817.26 | |
| | 07/16/2021 | 147 | $13.60 | $1,999.20 | 08/10/2021 | 300 | $13.78 | $4,134.00 | |
| | 07/16/2021 | 1 | $13.54 | $11.33 | 08/10/2021 | 600 | $13.78 | $8,268.00 | |
| | 07/16/2021 | 5 | $13.54 | $67.69 | 08/10/2021 | 300 | $13.78 | $4,134.00 | |
| | 07/19/2021 | 191 | $13.60 | $2,596.09 | 08/10/2021 | 200 | $13.77 | $2,754.00 | |
| | 07/29/2021 | 1 | $12.98 | $9.73 | 08/10/2021 | 500 | $13.78 | $6,890.00 | |
| | 07/29/2021 | 269 | $12.98 | $3,490.28 | 08/10/2021 | 400 | $13.78 | $5,512.00 | |
| | 07/29/2021 | 308 | $12.97 | $4,000.00 | 08/10/2021 | 100 | $13.78 | $1,378.00 | |
| | 07/30/2021 | 256 | $12.90 | $3,300.00 | 08/10/2021 | 200 | $13.78 | $2,756.00 | |
| | 08/02/2021 | 0 | $13.04 | $0.40 | 08/10/2021 | 1,206 | $13.77 | $16,606.62 | |
| | 08/02/2021 | 115 | $13.06 | $1,499.60 | 08/10/2021 | 100 | $13.77 | $1,374.61 | |
| | 08/03/2021 | 868 | $12.09 | $10,500.00 | 11/23/2021 | 2,200 | $9.35 | $20,559.00 | |
| | 08/03/2021 | 0 | $12.13 | $2.67 | 11/23/2021 | 511 | $9.35 | $4,775.30 | |
| | 08/03/2021 | 41 | $12.14 | $497.38 | 11/23/2021 | 11,308 | $9.35 | $105,673.26 | |
| | 08/04/2021 | 33 | $12.20 | $402.60 | 11/23/2021 | 1,870 | $9.35 | $17,474.89 | |
| | 08/04/2021 | 65 | $12.20 | $797.50 | 11/24/2021 | 100 | $9.41 | $941.33 | |
| | 08/05/2021 | 0 | $11.96 | $2.25 | 11/24/2021 | 3 | $9.41 | $28.24 | |
| | 08/05/2021 | 50 | $11.96 | $598.00 | 11/24/2021 | 200 | $9.41 | $1,882.66 | |
| | 08/06/2021 | 0 | $12.22 | $3.04 | 11/24/2021 | 2 | $9.41 | $18.83 | |
| | 08/06/2021 | 368 | $12.23 | $4,495.20 | 11/24/2021 | 100 | $9.41 | $941.33 | |
| | 08/09/2021 | 329 | $12.45 | $4,100.00 | 11/24/2021 | 3 | $9.41 | $28.24 | |
| | 08/09/2021 | 4 | $12.61 | $50.44 | 11/24/2021 | 100 | $9.41 | $941.33 | |
| | 08/09/2021 | 1 | $12.61 | $12.61 | 11/24/2021 | 3 | $9.41 | $28.24 | |
| | 08/09/2021 | 26 | $12.61 | $327.86 | 11/24/2021 | 100 | $9.41 | $941.33 | |
| | 08/09/2021 | 69 | $12.61 | $870.09 | 11/24/2021 | 100 | $9.41 | $941.33 | |
| | 08/09/2021 | 34 | $12.61 | $428.74 | 11/24/2021 | 100 | $9.41 | $941.33 | |
| | 08/09/2021 | 737 | $12.63 | $9,310.26 | 11/24/2021 | 4 | $9.41 | $37.65 | |
| | 08/10/2021 | 809 | $13.60 | $11,000.00 | 11/24/2021 | 400 | $9.41 | $3,765.32 | |
| | 08/11/2021 | 1 | $13.53 | $10.00 | 11/24/2021 | 3 | $9.41 | $28.24 | |
| | 08/11/2021 | 0 | $13.36 | $0.40 | 11/24/2021 | 100 | $9.41 | $941.33 | |
| | 08/11/2021 | 100 | $13.36 | $1,336.00 | 11/24/2021 | 100 | $9.41 | $941.33 | |
| | 08/11/2021 | 400 | $13.36 | $5,344.00 | 11/24/2021 | 9,794 | $9.41 | $92,193.86 | |
| | 08/11/2021 | 100 | $13.38 | $1,338.00 | 11/24/2021 | 1,300 | $9.41 | $12,233.74 | |
| | 08/11/2021 | 100 | $13.38 | $1,338.00 | 11/24/2021 | 99 | $9.41 | $931.92 | |
| | 08/11/2021 | 100 | $13.37 | $1,337.00 | held | 1 | $6.45 | $6.45 | |
| | 08/11/2021 | 50 | $13.38 | $669.00 | | | | | |
| | 08/11/2021 | 100 | $13.38 | $1,338.00 | | | | | |
| | 08/11/2021 | 100 | $13.37 | $1,337.00 | | | | | |
| | 08/11/2021 | 100 | $13.38 | $1,338.00 | | | | | |
| | 08/11/2021 | 100 | $13.37 | $1,337.00 | | | | | |
| | 08/11/2021 | 50 | $13.39 | $669.50 | | | | | |
| | 08/11/2021 | 100 | $13.38 | $1,338.00 | | | | | |
| | 08/11/2021 | 300 | $13.39 | $4,017.00 | | | | | |
| | 08/11/2021 | 1,280 | $13.39 | $17,143.10 | | | | | |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 08/12/2021 | 0 | $12.34 | $5.68 |
| 08/12/2021 | 100 | $12.35 | $1,235.00 |
| 08/12/2021 | 148 | $12.35 | $1,827.80 |
| 08/12/2021 | 100 | $12.35 | $1,231.87 |
| 08/12/2021 | 0 | $12.24 | $2.32 |
| 08/12/2021 | 1,304 | $12.27 | $15,997.68 |
| 08/12/2021 | 138 | $12.00 | $1,656.00 |
| 08/12/2021 | 120 | $12.00 | $1,445.29 |
| 08/13/2021 | 83 | $11.38 | $949.58 |
| 08/13/2021 | 1 | $11.34 | $6.34 |
| 08/13/2021 | 826 | $11.37 | $9,393.66 |
| 08/13/2021 | 0 | $11.00 | $3.59 |
| 08/13/2021 | 100 | $11.00 | $1,100.00 |
| 08/13/2021 | 18 | $11.00 | $198.00 |
| 08/13/2021 | 100 | $11.00 | $1,100.00 |
| 08/13/2021 | 100 | $11.00 | $1,100.00 |
| 08/13/2021 | 28 | $10.74 | $300.14 |
| 08/13/2021 | 20 | $10.76 | $220.00 |
| 08/13/2021 | 289 | $10.74 | $3,100.26 |
| 08/13/2021 | 0 | $10.76 | $3.22 |
| 08/13/2021 | 35 | $10.77 | $376.83 |
| 08/16/2021 | 453 | $10.59 | $4,800.95 |
| 08/16/2021 | 1 | $10.66 | $7.02 |
| 08/16/2021 | 215 | $10.67 | $2,293.19 |
| 08/16/2021 | 465 | $10.76 | $5,000.00 |
| 08/16/2021 | 1 | $10.71 | $12.90 |
| 08/16/2021 | 10 | $10.72 | $107.12 |
| 08/16/2021 | 14 | $10.76 | $148.02 |
| 08/17/2021 | 334 | $10.48 | $3,500.00 |
| 08/17/2021 | 0 | $10.74 | $1.43 |
| 08/17/2021 | 186 | $10.76 | $1,998.85 |
| 08/17/2021 | 0 | $10.74 | $1.20 |
| 08/17/2021 | 240 | $10.76 | $2,579.93 |
| 08/18/2021 | 367 | $10.90 | $4,000.00 |
| 08/19/2021 | 27 | $10.40 | $280.00 |
| 08/19/2021 | 0 | $10.60 | $3.58 |
| 08/19/2021 | 179 | $10.60 | $1,896.42 |
| 08/20/2021 | 387 | $10.20 | $3,950.00 |
| 08/23/2021 | 0 | $10.41 | $2.56 |
| 08/23/2021 | 100 | $10.41 | $1,041.00 |
| 08/23/2021 | 284 | $10.42 | $2,956.72 |
| 08/24/2021 | 349 | $10.90 | $3,800.00 |
| 08/25/2021 | 376 | $10.83 | $4,070.20 |
| 08/25/2021 | 1 | $10.82 | $9.80 |
| 08/26/2021 | 1 | $10.68 | $7.79 |
| 08/26/2021 | 266 | $10.69 | $2,842.64 |
| 08/26/2021 | 5 | $10.72 | $50.00 |
| 08/26/2021 | 249 | $10.91 | $2,716.59 |
| 09/01/2021 | 0 | $12.06 | $5.09 |
| 09/01/2021 | 414 | $12.07 | $4,994.91 |
| 09/02/2021 | 100 | $12.36 | $1,236.00 |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 09/02/2021 | 121 | $12.36 | $1,495.56 |
| 09/02/2021 | 100 | $12.36 | $1,236.00 |
| 09/02/2021 | 100 | $12.36 | $1,234.54 |
| 09/03/2021 | 164 | $12.69 | $2,081.16 |
| 09/08/2021 | 1 | $12.25 | $6.50 |
| 09/08/2021 | 326 | $12.25 | $3,993.50 |
| 09/09/2021 | 174 | $12.25 | $2,131.50 |
| 11/09/2021 | 1,000 | $13.29 | $13,290.00 |
| 11/09/2021 | 200 | $13.41 | $2,682.00 |
| 11/09/2021 | 500 | $13.88 | $6,940.00 |
| 11/09/2021 | 1 | $13.09 | $13.09 |
| 11/09/2021 | 200 | $13.09 | $2,618.00 |
| 11/09/2021 | 499 | $13.10 | $6,536.90 |
| 11/09/2021 | 4,300 | $13.11 | $56,373.00 |
| 11/09/2021 | 800 | $13.11 | $10,488.00 |
| 11/09/2021 | 733 | $13.06 | $9,572.98 |
| 11/09/2021 | 4,267 | $13.06 | $55,727.02 |
| 11/09/2021 | 2,500 | $13.04 | $32,600.00 |
| 11/09/2021 | 100 | $13.05 | $1,305.00 |
| 11/09/2021 | 100 | $12.75 | $1,275.00 |
| 11/18/2021 | 100 | $10.34 | $1,034.00 |
| 11/19/2021 | 200 | $10.24 | $2,048.00 |
| 11/19/2021 | 500 | $10.05 | $5,025.00 |

**Movant's Total        33,281        $416,250.91        33,281        $332,270.22    ($83,980.69)**

\*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $6.45 as of February 17, 2022 for common stock.

\*\*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
 will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.