**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL A. SANCHEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR, <br><br> Defendants. | Case No: 1:22-cv-00172-DG-RLM <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT
OF THE MOTION OF MICHAEL MACEDO FOR APPOINTMENT
<u>AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movant Michael Macedo ("Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of BES as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:      Private Securities Litigation Reform Act of 1995 certification signed by Movant, attaching his Arrival SA securities transactions during the Class Period in a Schedule A thereto;

Exhibit 2:      Loss Chart detailing Movant's estimated financial losses;

Exhibit 3:      Press release published December 22, 2021, on *Globe Newswire* announcing the pendency of the first-filed securities class action against defendants herein: *Schmutter v. Arrival SA, et al.*, Case No. 1:21-cv-11016-NRB-OTW; and

Exhibit 4:      BES firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 22nd day of February, 2022.

/s/ Melissa A. Fortunato
Melissa A. Fortunato

1