# EXHIBIT 2

**Arrival SA**

| | |
|---|---:|
| Company Name | Arrival SA |
| Ticker Symbol | ARVL |
| Security Type | Common Stock |
| Class Period Start | 11/18/2020 |
| Class Period End | 11/19/2021 |
| 90-DAY Lookback Period Start | 11/20/2021 |
| 90-DAY Lookback Period End | 02/18/2022 |
| 90-DAY Lookback Average | $6.4015 |

| **Movant** | **Loss** |
|:---:|:---:|
| Michael Macedo | ($205,313.33) |
| **Total Loss** | **($205,313.33)** |

| Client Name | Michael Macedo |
|---|---|
| Company Name | Arrival SA |
| Ticker Symbol | ARVL |
| Security Type | Common Stock |
| Class Period Start | 11/18/2020 |
| Class Period End | 11/19/2021 |
| 90-DAY Lookback Period Start | 11/20/2021 |
| 90-DAY Lookback Period End | 02/18/2022 |
| 90-DAY Lookback Average | $6.4015 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($205,313.33) |
| Net Shares Retained | 32,949.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/12/2021 | 600 | $18.71 | ($11,226.00) | | | ($11,226.00) |
| 5/13/2021 | 1192 | $17.50 | ($20,860.00) | | | ($32,086.00) |
| 6/14/2021 | 550 | $18.69 | ($10,279.50) | | | ($42,365.50) |
| 6/18/2021 | 600 | $17.92 | ($10,752.00) | | | ($53,117.50) |
| 6/21/2021 | 600 | $17.84 | ($10,704.00) | | | ($63,821.50) |
| 6/21/2021 | 600 | $17.19 | ($10,314.00) | | | ($74,135.50) |
| 7/7/2021 | -2392 | | | $14.51 | $34,707.92 | ($39,427.58) |
| 7/12/2021 | 949 | $15.16 | ($14,386.84) | | | ($53,814.42) |
| 7/13/2021 | 1000 | $14.59 | ($14,590.00) | | | ($68,404.42) |
| 7/14/2021 | 1000 | $13.80 | ($13,800.00) | | | ($82,204.42) |
| 7/15/2021 | 1000 | $13.28 | ($13,280.00) | | | ($95,484.42) |
| 7/16/2021 | 200 | $13.52 | ($2,704.00) | | | ($98,188.42) |
| 7/16/2021 | 800 | $13.52 | ($10,816.00) | | | ($109,004.42) |
| 7/20/2021 | 2000 | $13.89 | ($27,780.00) | | | ($136,784.42) |
| 7/27/2021 | -2750 | | | $13.22 | $36,355.00 | ($100,429.42) |
| 11/1/2021 | 3800 | $17.52 | ($66,576.00) | | | ($167,005.42) |
| 11/1/2021 | 200 | $17.51 | ($3,502.00) | | | ($170,507.42) |
| 11/10/2021 | 2000 | $12.90 | ($25,800.00) | | | ($196,307.42) |
| 11/18/2021 | 11000 | $10.23 | ($112,530.00) | | | ($308,837.42) |
| 11/18/2021 | 10000 | $10.74 | ($107,400.00) | | | ($416,237.42) |
| **Retained Shares** | 32,949 | | | | **Subtotal** | ($416,237.42) |
| | | | | | **Retained Share Value** | $210,924.09 |
| | | | | | **Total** | ($205,313.33) |