**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MIGUEL A. SANCHEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR,<br><br>          Defendants. | Case No. 1:22-cv-00172-DG-RLM<br><br>CLASS ACTION |

**DECLARATION OF SCOTT R. FOGLIETTA IN SUPPORT OF THE MOTION OF ALEXANDRE LIOUBININE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Scott R. Foglietta, declare as follows:

1.      I am a member in good standing of the bars of the State of New York and of this Court.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I submit this declaration in support of the Motion of Alexandre Lioubinine for entry of an order: (1) appointing him as Lead Plaintiff; (2) approving his selection of Bernstein Litowitz to serve as Lead Counsel for the Class; and (3) granting any further relief that the Court may deem just and proper.

2.      Attached as Exhibits A through K are true and correct copies of the following documents:

EXHIBIT A:   Certification of Alexandre Lioubinine;

EXHIBIT B:   Chart of transactions and losses of Alexandre Lioubinine;

EXHIBIT C:   Declaration of Alexandre Lioubinine in Support of His Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel;

EXHIBIT D:   Notice of pendency of *Schmutter v. Arrival SA*, No. 1:21-cv-11016-NRB (S.D.N.Y.), published on December 22, 2021;

EXHIBIT E:   Notice of pendency of *Sanchez v. Arrival SA*, No. 1:22-cv-00172-DG-RLM (E.D.N.Y.), published on January 12, 2022;

EXHIBIT F:   Bernstein Litowitz's Firm Résumé;

EXHIBIT G:   Order re Conflict Dispute, *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021);

EXHIBIT H:   Order, *Homyk v. ChemoCentryx, Inc.*, No. 4:21-cv-03343-JST, ECF No. 32 (N.D. Cal. Jan. 28, 2022);

EXHIBIT I:   Stipulation and Order Appointing IBEW Local 353 Pension Plan and Xiaobin Cai as Lead Plaintiff, Approving Their Selection of Lead Counsel, and Consolidating Actions, *Chung v. Eargo, Inc.*, No. 3:21-cv-08597-CRB, ECF No. 36 (N.D. Cal. Jan. 5, 2022);

EXHIBIT J:   Order, *Emps.' Ret. Fund of the City of Fort Worth v. James River Grp. Holdings, Ltd.*, No. 3:21-cv-00444-MHL, ECF No. 20 (E.D. Va. Sept. 22, 2021); and

EXHIBIT K:   Order, *Yoshikawa v. Exxon Mobil Corp.*, No. 3:21-cv-00194-N, ECF No. 43 (N.D. Tex. June 10, 2021).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of February, 2022.

*/s/ Scott R. Foglietta*
Scott R. Foglietta

## CERTIFICATE OF SERVICE

I, Scott R. Foglietta, hereby certify that on February 22, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Scott R. Foglietta*
Scott R. Foglietta