# EXHIBIT A

DocuSign Envelope ID: E76DA5E7-8110-40EB-87F9-C7C825025EFB

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Alexandre Lioubinine, hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in this matter.  I authorize the filing of this motion for appointment as lead plaintiff.

2. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. I am willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. My transactions in the Arrival SA securities that are the subject of this action are set forth in the chart attached hereto.

5. I have not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this date: 2/20/2022

DocuSigned by:

BA2F7CFF243F48C...

Alexandre Lioubinine

**Alexandre Lioubinine**
**Transactions in Arrival SA**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| **CIIG Merger Corp.** | | | |
| Purchase | 2/2/2021 | 10,250 | $29.13 |
| **Conversion to Arrival SA** | | 10,250 | |