# EXHIBIT B

**Alexandre Lioubinine**
Loss in Arrival SA (ARVL)
Class Period: 11/18/20 - 11/19/21
CUSIP: L0423Q108
Retained share price: $6.4015 (11/22/21 - 02/18/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/2/2021 | 10,250 | 29.1300 | $298,582.50 | Retained | | (10,250) | 6.4015 | ($65,615.71) |
| | | 10,250 | | $298,582.50 | | | (10,250) | | ($65,615.71) |
| | | | | | | | | **Loss** | **($232,966.79)** |