# EXHIBIT C

**DECLARATION OF ALEXANDRE LIOUBININE IN SUPPORT OF
HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF HIS SELECTION OF LEAD COUNSEL</u>**

I, Alexandre Lioubinine, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff and approval of my selection of Lead Counsel in the securities class action on behalf of investors in Arrival SA ("Arrival" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA and I have personal knowledge about the information in this Declaration.

2.      I am 35 years old and a resident of Monaco.  I earned a Bachelor of Business Administration ("BBA") degree from University of Lausanne in Switzerland.  In 2016, I was appointed as Chief Executive Officer of Edima SA ("Edima"), a Swiss oil trading company.  In 2020, I bought out other Edima shareholders and became the sole owner.  I have approximately five years of experience investing in the public stock markets.  In addition, through the course of operating my business, I have extensive experience working with and overseeing the work of outside counsel on a variety of matters.

3.      As reflected in my Certification, I purchased a significant amount of CIIG Merger Corp. common stock, which were later exchanged for common shares of Arrival, and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.  I personally made the investment decisions in connection with each of these transactions and executed these transactions in my personal brokerage account.  I understand and accept the fiduciary obligations that I will assume if appointed as Lead Plaintiff.

1

4.      Because I incurred substantial losses as a result of defendants' violations of the federal securities laws, I am highly motivated to oversee the successful prosecution of this action. Accordingly, I believe that this case must be prosecuted by a sophisticated investor with a financial interest substantial enough to ensure that the action is litigated vigorously, efficiently, and in the best interests of the Class. My primary goal in litigating this action is to maximize the Class' recovery from all potentially culpable parties. For these reasons, among others, I determined that I could maximize the Class' recovery by serving as Lead Plaintiff.

5.      I fully appreciate that the Lead Plaintiff's principal role under the PSLRA is to select and retain Lead Counsel and to supervise the prosecution of the action. In that regard, I contacted and discussed the Arrival securities class action lawsuit with several law firms that specialize in representing shareholders in securities class actions. During the interview process, I questioned representatives from each firm regarding, among other things, the merits of this action, their experience representing investors in securities class actions, anticipated attorney fees, and their ability to prosecute these claims vigorously and in the best interests of the Class. I also discussed with those attorneys the possibility of serving as a Lead Plaintiff on behalf of other Arrival investors, and the duties and responsibilities that I would assume if appointed as Lead Plaintiff under the PSLRA. I was informed of and understood that I was under no obligation to seek appointment as Lead Plaintiff or to retain Proposed Counsel or any other law firm to represent me in this litigation.

6.      After thoroughly discussing the Arrival action in detail with those firms in order to determine which firm would be the most suitable to prosecute this action on behalf of the Class, I selected and retained proposed Lead Counsel Bernstein Litowitz Berger & Grossmann LLP

2

("Bernstein Litowitz") and additional counsel Kaskela Law LLC ("Kaskela," and together with Bernstein Litowitz, "Proposed Counsel") as Proposed Counsel.

7.    Based on my discussions with those law firms and my review of the relevant litigation documents in this action, I determined to move for appointment as Lead Plaintiff and to select Bernstein Litowitz to represent me and the Class as Lead Counsel, with Kaskela serving as additional counsel.  My due diligence confirmed that Bernstein Litowitz—a leading firm with vast experience litigating securities class actions—would litigate this action vigorously and in the best interests of the Class.  Indeed, I am aware that Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which recoveries totaling in excess of $6 billion—the second largest recovery in securities class action history and the largest in this Circuit—were obtained for investors.  Moreover, I understand that Bernstein Litowitz and Kaskela have a long-standing relationship working together to prosecute shareholder actions, including their current prosecution of a shareholder action against Multiplan, which asserts novel claims for breach of fiduciary duty against insiders of a special purpose acquisition company or "SPAC."  *See In re MultiPlan Corp. S'holders Litig.*, 2022 WL 24060, at *24 (Del. Ch. Jan. 3, 2022) (sustaining, in significant part, claims for breach of fiduciary duties brought on behalf of SPAC investors).  In connection with my decision, I executed a retention agreement with Proposed Counsel before the Lead Plaintiff motion was filed.

8.    I am committed to satisfying the fiduciary obligations that I will assume if appointed as Lead Plaintiff, including by conferring with my Proposed Counsel regarding the strategy for prosecuting this case and other matters, as needed, and reviewing and authorizing the filing of important litigation documents.  Through these and other measures, I will ensure and hereby reaffirm that this action against Arrival and defendants will be vigorously litigated

3

DocuSign Envelope ID: E76DA5E7-8119-40ED-87F9-C7C825025EEB

consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interest of the Class.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

4

DocuSign Envelope ID: E76DA5E7-8119-40ED-87F9-C7C825025EEB

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true to the best of my knowledge.

Executed this date: 2/20/2022 _____

DocuSigned by:

BA2F7CFF243F48C...

Alexandre Lioubinine