# EXHIBIT I

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

*Counsel for Proposed Lead Plaintiff IBEW Local*
*353 Pension Plan and Proposed Lead Counsel*
*for the Class*

**BLOCK & LEVITON LLP**
JACOB A. WALKER (Bar No. 271217)
(jake@blockleviton.com)
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel:    (617) 398-5600
Fax:    (617) 507-6020

*Counsel for Proposed Lead Plaintiff Xiaobin Cai*
*and Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALDEN CHUNG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EARGO, INC., CHRISTIAN GORMSEN, and ADAM LAPONIS, <br><br> Defendants. | Case No. 3:21-cv-08597-CRB <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER APPOINTING IBEW LOCAL 353 PENSION PLAN AND XIAOBIN CAI AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ACTIONS** <br><br> Date: January 14, 2022 <br> Time: 10:00 a.m. <br> Dept.: Courtroom 6, 17th Floor <br> Judge: Hon. Charles R. Breyer |

*Caption continued on next page.*

STIPULATION AND ~~[PROPOSED]~~ ORDER
CASE NO. 3:21-cv-08597-CRB

IBEW LOCAL 353 PENSION PLAN, on behalf of itself and all others similarly situated,

Plaintiff,

v.

EARGO, INC., CHRISTIAN GORMSEN, ADAM LAPONIS, JOSH MAKOWER, JULIET BAKKER, PETER TUXEN BISGAARD, DOUG HUGHES, GEOFF PARDO, NINA RICHARDSON, A. BROOKE SEAWELL, DAVID WU, J.P. MORGAN SECURITIES LLC, BofA SECURITIES, INC., WELLS FARGO SECURITIES, LLC, and WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

Case No. 3:21-cv-08747-CRB

<u>CLASS ACTION</u>

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:21-cv-08597-CRB

1. WHEREAS, on October 6, 2021, plaintiff Joseph Fazio ("Fazio") filed the first securities class action against Eargo, Inc. ("Eargo") and certain of its senior executives (collectively, the "Eargo Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b), 78t(a), and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, *Fazio v. Eargo, Inc.*, No. 4:21-cv-07848-YGR (N.D. Cal.) (the "*Fazio* Action");

2. WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on October 6, 2021, counsel for plaintiff Fazio published a notice on *Business Wire* which alerted investors to the pendency of the *Fazio* Action and informed them of the 60-day deadline to seek appointment as Lead Plaintiff, which was on December 6, 2021, *Fazio* Action, ECF No. 8;

3. WHEREAS, on November 4, 2021, plaintiff Alden Chung filed a second securities class action against the Eargo Defendants, asserting the same claims as the *Fazio* Action, *Chung v. Eargo, Inc.*, No. 3:21-cv-08597-CRB (N.D. Cal.) (the "*Chung* Action");

4. WHEREAS, on November 10, 2021, plaintiff IBEW Local 353 Pension Plan ("Local 353") filed a third securities class action against the Eargo Defendants, asserting the same claims under the Exchange Act as both the *Fazio* Action and the *Chung* Action during a longer class period, as well as asserting claims under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §§ 77k, 77l, 77o, against the Eargo Defendants, current and former members of Eargo's Board of Directors and the underwriters of Eargo's October 2020 initial public offering (collectively, the "Defendants"), *IBEW Local 353 Pension Plan v. Eargo, Inc.*, No. 3:21-cv-08747-CRB (N.D. Cal.) (the "*Local 353* Action");

5. WHEREAS, pursuant to the PSLRA, on November 10, 2021, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), counsel for plaintiff Local 353, published a notice on *PR Newswire*, alerting investors to the expanded class period and additional claims alleged in the *Local 353* Action, and reiterating the December 6, 2021 deadline to seek appointment as Lead Plaintiff, ECF No. 24-4;

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:21-cv-08597-CRB                                                                 1

6.      WHEREAS, on December 6, 2021, plaintiff Fazio filed a Notice of Voluntary Dismissal Without Prejudice, *Fazio* Action, ECF No. 11;

7.      WHEREAS, on December 6, 2021, Local 353 filed a motion seeking appointment as Lead Plaintiff, approval of its selection of Bernstein Litowitz as Lead Counsel for the Class, and consolidation of the Actions, ECF No. 24;

8.      WHEREAS, on December 6, 2021, Xiaobin Cai filed a motion seeking appointment as Lead Plaintiff, approval of his selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel for the Class, and consolidation of the Actions, ECF No. 20;

9.      WHEREAS, on December 6, 2021, Joseph Ialacci filed a motion seeking appointment as Lead Plaintiff, approval of his selection of Levi & Korsinsky LLP as Lead Counsel for the Class, and consolidation of the Actions, ECF No. 17;

10.     WHEREAS, on December 16, 2021, the Court issued an order relating the *Local 353* Action to the *Chung* Action, pursuant to Civil Local Rule 3-12, ECF No. 33;

11.     WHEREAS, on December 17, 2021, the Court in the *Fazio* Action issued an order granting plaintiff Fazio's Notice of Voluntary Dismissal Without Prejudice, *Fazio* Action, ECF No. 26;

12.     WHEREAS, on December 17, 2021, the Court in the *Local 353* Action reassigned the *Local 353* Action to this Court, *Local 353* Action, ECF No. 22;

13.     WHEREAS, on December 20, 2021, Joseph Ialacci filed a notice acknowledging that he "does not possess the largest financial interest" in the Actions, and stating that he does not oppose Local 353's and Xiaobin Cai's motions seeking appointment as Lead Plaintiff, ECF No. 34 at 1;

14.     WHEREAS, the PSLRA establishes a presumption that the "most adequate plaintiff" is the "person or group of persons" that "has the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure," 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

15.     WHEREAS, courts have repeatedly recognized that the PSLRA expressly permits the appointment of a group of class members as lead plaintiff, *see, e.g.*, *In re Mersho*, 6 F.4th 891,

903 n.4 (9th Cir. 2021) ("[It] is clear from the statutory language" that "groups can serve as lead plaintiff[.]"); *In re Cavanaugh*, 306 F.3d 726, 731 n.8 (9th Cir. 2002) ("[A] 'group of persons' can collectively serve as a lead plaintiff[.]");

16.     WHEREAS, Local 353 and Xiaobin Cai assert the two largest losses of the competing Lead Plaintiff movants, and therefore have the "largest financial interest" in the relief sought by the Class in the Actions, 15 U.S.C. §78u-4(a)(3)(B)(iii)(bb);

17.     WHEREAS, in addition to possessing the largest financial interest in the outcome of the litigation, Local 353 and Xiaobin Cai satisfy the relevant requirements of Rule 23, 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc);

18.     WHEREAS, Local 353 and Xiaobin Cai each concluded that, by jointly serving as Lead Plaintiff in the Actions, they could provide the Class with two strategic advantages that allow them to assert the broadest set of claims against Defendants.  First, by virtue of the losses that Local 353 incurred on its purchases of Eargo common stock, including on shares purchased in and/or traceable to Eargo's October 2020 initial public offering, Local 353 has standing to assert claims against Defendants under both the Securities Act and the Exchange Act.  Second, by virtue of the losses that Mr. Cai incurred on his purchases of both Eargo common stock and options on Eargo common stock, Mr. Cai has standing to assert claims against the Eargo Defendants under the Exchange Act on behalf of investors who purchased Eargo common stock and/or options on Eargo common stock.  Accordingly, through their proposed partnership to serve as Lead Plaintiff, Local 353 and Mr. Cai have standing to assert all available securities claims against all culpable parties on behalf of purchasers of Eargo common stock, including shares purchased in and/or traceable to Eargo's initial public offering, and/or options on Eargo common stock, *see* Joint Declaration of Kim Macpherson and Xiaobin Cai in Support of Stipulation and [Proposed] Order Appointing IBEW Local 353 Pension Plan and Xiaobin Cai as Lead Plaintiff, Approving Their Selection of Lead Counsel, and Consolidating Actions (the "Joint Decl."), ¶4;

19.     WHEREAS, Local 353 and Xiaobin Cai each concluded that a protracted dispute concerning Lead Plaintiff appointment in the Actions is not in the best interests of the Class and

that jointly prosecuting the Actions would be appropriate and assist with the speedy and efficient litigation of the Actions, *see* Joint Decl., ¶4;

20. WHEREAS, Local 353 and Xiaobin Cai agreed to resolve their competing motions and to seek, with the Court's approval, to serve jointly as Lead Plaintiff, *see* Joint Decl., ¶4;

21. WHEREAS, courts in this District, including this Court, routinely appoint co-lead plaintiffs when competing movants have stipulated to work together after the statutory deadline for seeking appointment as lead plaintiff and are not simply joining forces to supplant another competing movant with a potentially larger financial interest, *see, e.g.*, *Kang v. PayPal Holdings, Inc.*, No. 21-cv-06468 (N.D. Cal. Nov. 2, 2021), ECF No. 29 (Breyer, J.) (approving stipulation appointing competing movants as co-lead plaintiffs and approving their selection of co-lead counsel);

22. WHEREAS, Local 353 and Xiaobin Cai each claimed a larger financial interest than any other movant and are therefore not seeking to collaborate for the purpose of aggregating their losses to supplant a competing movant;

23. WHEREAS, Local 353 and Xiaobin Cai have agreed to select the law firms of Bernstein Litowitz and Block & Leviton to serve as Lead Counsel for the Class;

24. WHEREAS, Local 353 and Xiaobin Cai are familiar with the experience, resources, and successes of Bernstein Litowitz and Block & Leviton and are aware that they are both accomplished law firms with significant experience in securities class action litigation and a history of achieving significant recoveries for investors, *see* Joint Decl., ¶8;

25. WHEREAS, Local 353 and Xiaobin Cai are satisfied that, under their supervision, Bernstein Litowitz and Block & Leviton are capable of jointly prosecuting the Class's claims in a manner that will best serve the interests of the Class, particularly given their prior experience working together productively in other securities class action litigation, including in *In re Mattel, Inc. Securities Litigation*, No. 19-cv-10860-MCS-PLA (C.D. Cal.), in which they recently achieved a recovery of $98 million for investors (pending court approval), *see* Joint Decl., ¶8;

26. WHEREAS, as part of an effort to formalize their leadership over this litigation, Local 353 and Xiaobin Cai participated in a conference call and discussed, among other things,

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:21-cv-08597-CRB                                                                    4

the procedures and protocols they would follow in jointly prosecuting the Class's claims, the benefits the Class would receive from their joint leadership, their desire to maximize the recovery for the Class, their interests in prosecuting the Actions in a collaborative manner, the measures they would employ to facilitate communications between them, and ensuring that the Class's claims will be efficiently and zealously prosecuted through their oversight of their proposed Lead Counsel, Bernstein Litowitz and Block & Leviton, *see* Joint Decl., ¶7;

27. WHEREAS, Local 353 and Xiaobin Cai believe it is in the best interests of the Class for them to work together to efficiently litigate the Actions as Lead Plaintiff, and for their choice of counsel, Bernstein Litowitz and Block & Leviton, to serve as Lead Counsel on behalf of the Class, *see* Joint Decl., ¶¶6-8;

28. WHEREAS, Local 353, a sophisticated institutional investor responsible for managing over CAD$2 billion in assets, and Xiaobin Cai, an experienced private investor, are committed to supervising the conduct of this litigation by their counsel in an independent manner and to ensuring that counsel coordinate appropriately and avoid duplication of effort in the conduct of the litigation, *see* Joint Decl., ¶¶2-3, 5-7; and

29. WHEREAS, Local 353 and Xiaobin Cai agree that consolidation of the Actions is appropriate.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the *Chung* Action and the *Local 353* Action, along with any subsequently filed, removed, or transferred actions that are related to the claims asserted in the Actions are consolidated for all purposes (together, the "Consolidated Action");

2. The Consolidated Action shall be captioned "*In re Eargo, Inc. Securities Litigation*" and the file shall be maintained under Master File No. 3:21-cv-08597-CRB;

3. Pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), Local 353 and Xiaobin Cai are appointed as Lead Plaintiff in the Consolidated Action;

4. Pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Bernstein Litowitz and Block & Leviton are appointed as Lead Counsel in the Consolidated Action;

IT IS SO STIPULATED.

DATED:  December 20, 2021

           **BERNSTEIN LITOWITZ BERGER**
                **& GROSSMANN LLP**

           */s/ Jonathan D. Uslaner*
           JONATHAN D. USLANER (Bar No. 256898)
           (jonathanu@blbglaw.com)
           2121 Avenue of the Stars, Suite 2575
           Los Angeles, CA 90067
           Tel:    (310) 819-3470

                   -and-

           JOHN RIZIO-HAMILTON
           (johnr@blbglaw.com)
           HANNAH ROSS
           (hannah@blbglaw.com)
           AVI JOSEFSON
           (avi@blbglaw.com)
           SCOTT R. FOGLIETTA
           (scott.foglietta@blbglaw.com
           1251 Avenue of the Americas
           New York, NY 10020
           Tel:    (212) 554-1400
           Fax:    (212) 554-1444

           *Counsel for Proposed Lead Plaintiff IBEW Local 353 Pension Plan and Proposed Lead Counsel for the Class*

DATED:  December 20, 2021

           **BLOCK & LEVITON LLP**

           */s/ Jacob A. Walker*
           JACOB A. WALKER (Bar No. 271217)
           (jake@blockleviton.com)
           260 Franklin Street, Suite 1860
           Boston, MA 02110
           Tel:    (617) 398-5600
           Fax:    (617) 507-6020

           *Counsel for Proposed Lead Plaintiff Xiaobin Cai and Proposed Lead Counsel for the Class*

                  *        *        *

**[~~PROPOSED~~] ORDER GRANTING STIPULATION**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 3:21-cv-08597-CRB
                          6

IT IS SO ORDERED:

DATED:   January 5, 2022

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE