**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL SANCHEZ, Individually and on Behalf of All Others Similarly Situated, | Case No. Case 1:22-cv-00172-DG-RLM |
| Plaintiff, | CLASS ACTION |
| v. | |
| ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR, | |
| Defendants. | |

**DECLARATION OF JOSEPH R. SEIDMAN, JR.**
**IN SUPPORT OF TEMEL TIRKES' MOTION FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, JOSEPH R. SEIDMAN, JR., hereby declare under penalties of perjury that:

1.    I am Senior Counsel with Bernstein Liebhard LLP. I make this Declaration in Support of Temel Tirkes' Motion for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:    Temel Tirkes' sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:    Temel Tirkes' Loss Chart; and

00677459;V1

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP.

Executed: February 22, 2022                /s/ Joseph R. Seidman, Jr.
                                           JOSEPH R. SEIDMAN, JR.

**CERTIFICATE OF SERVICE**

I, JOSEPH R. SEIDMAN, JR., hereby certify that on February 22, 2022, a true and correct copy of the annexed DECLARATION OF JOSEPH R. SEIDMAN, JR. IN SUPPORT OF TEMEL TIRKES' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: February 22, 2022                                    /s/ Joseph R. Seidman, Jr.
                                                                          Joseph R. Seidman, Jr.