# EXHIBIT A

Case 1:22-cv-00172-PK     Document 24-1     Filed 02/23/22     Page 2 of 5 PageID #: 441



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

# Pomerantz Law Firm Announces the Filing of a Class Action Against Arrival SA and Certain Officers – ARVL

January 12, 2022 12:35 ET | Source: [Pomerantz LLP](#)








NEW YORK, Jan. 12, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Arrival SA ("Arrival" or the "Company") (NASDAQ: ARVL) and certain of its officers.  The class action, filed in the United States District Court for the Eastern District of New York, and docketed under 22-cv-00172, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired common shares of Arrival stock between November 18, 2020 and November 19, 2021, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violation of the federal securities laws under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired common shares of Arrival stock during the Class Period, you have until February 22, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at [www.pomerantzlaw.com](#).   To discuss this action, contact Robert S. Willoughby at [newaction@pomlaw.com](#) or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

### [Click here for information about joining the class action]

Arrival (formerly Arrival Luxembourg S.à.r.l.) was founded in 2015 as a private company headquartered in London, United Kingdom.  Arrival is a manufacturer and distributor of commercial electric vehicles ("EVs"), including vans, cars, and buses.  Arrival develops vertically integrated technologies and products that create a new approach to the assembly of EVs.  According to Arrival, its proprietary in-house developed components,

2/22/22, 12:34 PM

Case 1:22-cv-00172-PK    Document 24-1    Filed 02/23/22    Page 3 of 5 PageID #: 442

Pomerantz Law Firm Announces the Filing of a Class Action...



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

substantially lower total cost of ownership for customers.

On March 24, 2021, Arrival consummated a business combination (the "Merger") with CIIG Merger Corp. ("CIIG"). Prior to its business combination with Arrival, CIIG was a special purpose acquisition company, also known as a "blank check" company, incorporated for the purpose of entering into a merger, share exchange, asset acquisition, share purchase, recapitalization, reorganization, or similar business combination with one or more businesses or entities. Upon the consummation of the Merger, CIIG changed its name from CIIG to Arrival Vault US Inc.

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company would record a substantially greater net loss and adjusted EBITDA loss in the third quarter of 2021 compared to the third quarter of 2020; (ii) the Company would experience far greater capital and operational expense to operate and deploy its microfactories and manufacture EV vehicles than it had disclosed; (iii) the Company would not capitalize on or achieve profitability or provide meaningful revenue in the time periods disclosed; (iv) the Company would not achieve its disclosed production and sales volumes; (v) the Company would not meet the disclosed production rollout deadlines; (vi) accordingly, the Company materially overstated its financial and operational position and/or prospects; and (vii) as a result, the Company's public statements were materially false and misleading at all relevant times.

Investors learned the truth about the real status of Arrival's financial and operational health through a series of disclosures beginning on November 8, 2021. On November 8, 2021, Arrival announced the Company's financial results for the third quarter of 2021, including a loss of €26 million (compared to a loss of €22 million during the same quarter a year earlier), and adjusted EBITDA loss for the quarter of €40 million (compared to a loss of €18 million in the third quarter of 2020). The Company also pulled its 2022 revenue goals and significantly scaled back its long-term projections, pushing its production and sales timeline into later time periods.

On this news, shares of Arrival plummeted $4.33, or 24%, to close at $13.46 on November 10, 2021 on unusually high trading volume.

Case 1:22-cv-00172-PK     Document 24-1     Filed 02/23/22     Page 4 of 5 PageID #: 443



COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

announced the commencement of an underwritten public offering of 25 million ordinary shares pursuant to a registration statement on Form F-1 filed with the U.S. Securities and Exchange Commission in a bid to raise around $330 million in cash.

On this news, Arrival shares dropped $0.82, or approximately 8%, to close at $9.91 on November 18, 2021 on unusually high trading volume.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

**Tags**

Class Action

# Recommended Reading

February 22, 2022 11:50 ET

Source:  Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Talkspace, Inc.  f/k/a Hudson Executive…

NEW YORK, Feb. 22, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has

February 22, 2022 11:48 ET

Source:  Pomerantz LLP

SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Volkswagen AG of Class Action Lawsuit and…

NEW YORK, Feb. 22, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has



SIGN IN

COVID-19 NEWS      SERVICES ⌄      CONTACT US      FRANÇAIS      SIGN IN      REGISTER

# Explore

## AIR Communities Announces 2021 Humberto Award Winn...

## Joseph Averkamp Joins Neology as Senior Vice Presi...

February 22, 2022 12:00 ET

### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

· Home
· RSS Feeds
· Newsroom
· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.