**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL SANCHEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR, <br><br> Defendants. | Case No. Case 1:22-cv-00172-DG-RLM <br><br> <u>CLASS ACTION</u> |

**NOTICE OF NON-OPPOSITION OF TEMEL**
**TIRKES TO COMPETING MOTIONS FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL**

00679804;V1

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

On February 22, 2022, pursuant to §21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), putative Class member and Lead Plaintiff movant Temel Tirkes ("Tirkes") timely filed a motion for appointment as lead plaintiff and approval of his selection of lead counsel in connection with the above-captioned securities fraud class action.  Similar motions were filed by other putative Class members.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Tirkes has not asserted the "largest financial interest." However, in the event that the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, Tirkes remains willing and able to serve as lead plaintiff or as named class representative.

Dated: March 7, 2022

Respectfully submitted,

*/s/ Joseph R. Seidman, Jr.*
**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
                seidman@bernlieb.com

*Counsel for Tirkes*

1

## CERTIFICATE OF SERVICE

I, Joseph R. Seidman, Jr., hereby certify that on March 7, 2022, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: March 7, 2022                                      /s/ Joseph R. Seidman, Jr.
                                                         Joseph R, Seidman, Jr.