**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL A. SANCHEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR, <br><br> Defendants. | Case No: 1:22-cv-00172-DG-RLM <br><br> CLASS ACTION |

**NOTICE OF NON-OPPOSITION TO
COMPETING MOTIONS FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 22, 2022 Michael Macedo ("Movant") filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Movant as Lead Plaintiff; and, (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. as Lead Counsel for the putative class.  ECF No. 16.

Movant hereby gives notice that he does not oppose the competing motions to appoint a lead plaintiff in the action.  Having reviewed the competing motions, Movant does not appear to have the largest financial interest in the relief sought by the class.

This notice of non-opposition shall have no impact on Movant's membership in the putative class, his right to share in any recovery obtained for the benefit of the class members, and/or his ability to serve as a representative party should the need arise.

DATED: March 7, 2022                          Respectfully submitted,

                                                            **BRAGAR EAGEL & SQUIRE, P.C.**

                                                            By: */s/ Melissa A. Fortunato*
                                                            Melissa A. Fortunato
                                                            Marion C. Passmore
                                                            810 Seventh Avenue, Suite 620
                                                            New York, NY 10019
                                                            Telephone:  (212) 308-5858
                                                            Facsimile:  (212) 214-0506
                                                            Email:  fortunato@bespc.com
                                                                        passmore@bespc.com

                                                            *Counsel for Movant*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 7th day of March, 2022.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato