**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL A. SANCHEZ, Individually and on Behalf of All Others Similarly Situated, <br><br>          Plaintiff, <br>     v. <br><br> ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR, <br><br>          Defendants. | Case No. 1:22-cv-00172-DG-RLM <br><br> <u>CLASS ACTION</u> |

## <u>NOTICE OF NON-OPPOSITION OF ALEXANDRE LIOUBININE</u>

Alexandre Lioubinine respectfully submits this notice with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel.

On February 22, 2022, Mr. Lioubinine filed a motion for an order appointing him as Lead Plaintiff and approving his selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class. *See* ECF No. 18.

Mr. Lioubinine has reviewed the Lead Plaintiff motions pending before the Court and it appears that Mr. Lioubinine does not have the largest financial interest in this action. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Nevertheless, Mr. Lioubinine remains ready, willing, and able to serve as Lead Plaintiff if the Court declines to appoint the remaining movants seeking Lead Plaintiff status that have a larger financial interest than Mr. Lioubinine. Mr. Lioubinine reserves any and all rights to share in any recovery in this action as a member of the Class.

Dated: March 8, 2022

Respectfully submitted,

*/s/ Scott R. Foglietta*
Scott R. Foglietta
Avi Josefson
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
scott.foglietta@blbglaw.com
avi@blbglaw.com

*Counsel for Proposed Lead Plaintiff Alexandre Lioubinine, and Proposed Lead Counsel for the Class*

D. Seamus Kaskela
Adrienne Bell
**KASKELA LAW LLC**
18 Campus Boulevard, Suite 100
Newton Square, Pennsylvania 19073

Telephone: (888) 715-1740
skaskela@kaskelalaw.com
abell@kaskelalaw.com

*Additional Counsel for Proposed Lead Plaintiff Alexandre Lioubinine*

**<u>CERTIFICATE OF SERVICE</u>**

I, Scott R. Foglietta, hereby certify that on March 8, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Scott R. Foglietta*
Scott R. Foglietta