**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| MIGUEL A. SANCHEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARRIVAL SA, DENIS SVERDLOV, TIM HOLBROW, MICHAEL ABLESON, and AVINASH RUGOOBUR, <br><br> Defendants. |

Case No.: 1:22-cv-00172-DG-RLM

Hon. Diane Gujarati

ORAL ARGUMENT REQUESTED

**DECLARATION OF ADAM M. APTON IN SUPPORT OF KNS HOLDINGS LLC DBPP UA JAN. 1, 2016'S OPPOSITION TO THE COMPETING MOTIONS FOR LEAD PLAINTIFF**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant KNS Holdings LLC DBPP UA Jan. 1, 2016 ("KNS") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of KNS' Opposition to Competing Motions for Lead Plaintiff in the above-captioned action (the "Action").

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    Screenshots of The International Consortium of Investigative Journalists' ("ICIJ") "Pandora Papers" and "Paradise Papers", and opencorporates webpage showing Leon Siman connections; and

**Exhibit B**:    IJIC's "Pandora Papers" Frequently Asked Questions.

*[Signature on following page]*

Dated: March 8, 2022

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for KNS Holdings LLC DBPP
UA Jan. 1, 2016 and [Proposed] Lead
Counsel for the Class*

2