# EXHIBIT A

CONNECTIONS:



Entity

| | Role | From | To | Incorporation | Jurisdiction | Status | Data From |
|---|---|---|---|---|---|---|---|
| MOSTACO CORP | Ultimate beneficial owner | 04-NOV-2015 | - | 04-NOV-2015 | British Virgin Islands | In Penalty | Pandora Papers |
| MOSTACO CORP | Ultimate beneficial owner | 04-NOV-2015 | - | 04-NOV-2015 | British Virgin Islands | Active | Pandora Papers |

CONNECTIONS:



Entity

| | Role | From | To | Incorporation | Jurisdiction | Status | Data From |
|---|---|---|---|---|---|---|---|
| MISTRAL MARITIME VENTURES LIMITED | Judicial representative | - | - | 28-APR-2014 | Malta | In Dissolution | Paradise Papers |
| MISTRAL MARITIME VENTURES LIMITED | Director | - | - | 28-APR-2014 | Malta | In Dissolution | Paradise Papers |
| MISTRAL MARITIME VENTURES LIMITED | Legal representative | - | - | 28-APR-2014 | Malta | In Dissolution | Paradise Papers |

CONNECTIONS:



## Officer

|  | Role | From | To | Data From |
|---|---|---|---|---|
| SIMAN LEON | Judicial representative | - | - | Paradise Papers |
| SIMAN LEON | Director | - | - | Paradise Papers |
| SIMAN LEON | Legal representative | - | - | Paradise Papers |
| VALBRONA FOUNDATION | Shareholder | - | - | Paradise Papers |

CONNECTIONS:



Entity

| | Role | From | To | Incorporation | Jurisdiction | Status | Data From |
|---|---|---|---|---|---|---|---|
| MISTRAL MARITIME VENTURES LIMITED | Shareholder | - | - | 28-APR-2014 | Malta | In Dissolution | Paradise Papers |



# opencorporates

The Open Database Of The Corporate World

Officer's name

○ Companies  ● Officers

## Found 6 officers

LEON SIMAN                                                                          **GO**

☐ exclude inactive                                                    Advanced Options

inactive LEON SIMAN  *director,*  inactive WORLDBRIDGE MANAGEMENT SOLUTIONS, CORP.  *(Panama, 19 Oct 2015- )*

inactive LEON SIMAN  *director,*  inactive EAGLE FINANCE CENTRAL S.A  *(Panama, 4 Jan 2011- )*

inactive LEON SIMAN  *presidente,*  inactive WORLDBRIDGE MANAGEMENT SOLUTIONS, CORP.  *(Panama, 19 Oct 2015- )*

inactive LEON SIMAN  *presidente,*  inactive ALWICK DEVELOPMENT HOLDING S.A.  *(Panama, 16 Oct 2009- )*

inactive LEON SIMAN  *director,*  inactive ALWICK DEVELOPMENT HOLDING S.A.  *(Panama, 16 Oct 2009- )*

inactive LEON SIMAN  *presidente,*  inactive EAGLE FINANCE CENTRAL S.A  *(Panama, 4 Jan 2011- )*