**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Arrival SA Securities Litigation | **CASE No.: 1:22-cv-00172-NM-PK**<br><br><br>CLASS ACTION |

**STIPULATION AND PROPOSED ORDER GOVERNING FILING OF SECOND**
**AMENDED COMPLAINT**

1

Lead Plaintiff Mostaco Corp. and named Plaintiff Salvatore Fiorellino ("Plaintiffs") and Defendants Arrival SA ("Arrival"), Denis Sverdlov, Tim Holbrow, Michael Ableson, Avinash Rugoobur, Peter Cuneo, Michael Anatolitis, Gilles Dusemon, Csaba Horvath, Alain Kinsch, Kristen O'Hara, Gavin Cuneo, Michael Minnick, UBS Securities LLC ("UBS"), Barclays Capital, Inc. ("Barclays"), Cowen and Company, LLC ("Cowen"), Kinetik Sarl ("Kinetik"), CIIG Merger Corp. (n/k/a Arrival Vault US, Inc.) ("CIIG"), and CIIG Management LLC ("CIIG Management") (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on January 12, 2022, Miguel Sanchez filed the initial complaint in this action (the "Complaint," ECF No. 1);

WHEREAS, on April 15, 2022, the Court entered an order pursuant to the Private Securities Litigation Reform Act of 1995 appointing Mostaco as Lead Plaintiff and approving its selection of The Rosen Law Firm, P.A. as Lead Counsel (ECF No. 39);

WHEREAS, on September 12, 2022, Plaintiffs filed the Amended Class Action Complaint in this action (the "Amended Complaint," ECF No. 47);

WHEREAS, on November 10, 2022, certain Defendants filed pre-motion letters to request a conference with respect to their proposed motions to dismiss the Amended Complaint;

WHEREAS, a pre-motion conference by telephone was held on January 6, 2023, before Magistrate Judge Kuo (Minute Entry 1/9/2023);

WHEREAS, after the pre-motion conference, the Court set a briefing schedule governing Defendants' motions to dismiss (Minute Entry 1/9/2023);

WHEREAS, Plaintiffs wish to amend their complaint to, among other things, correct the name of the entity now referred to as CIIG Management and to enumerate CIIG as a named Defendant;

WHEREAS, Defendants consent to the filing of Plaintiffs' [Proposed] Second Amended Complaint, while reserving all rights to challenge the [Proposed] Second Amended Complaint on any grounds or otherwise respond to it;

WHEREAS, (i) a clean copy of the [Proposed] Second Amended Complaint is attached hereto as Exhibit A and (ii) a redline of the [Proposed] Second Amended Complaint against the Amended Complaint is attached hereto as Exhibit B;

NOW, THEREFORE, the Parties hereby stipulate and agree, through their undersigned counsel, and subject to the approval of the Court, as follows:

1.      The Second Amended Complaint shall be the operative complaint in the Action;

2.      Defendants are not required to respond to the Amended Complaint;

3.      The briefing schedule set by the Court regarding Defendants' motions to dismiss the Amended Complaint (Minute Entry 1/9/2023) shall apply to briefing Defendants' motions to dismiss the Second Amended Complaint;

4.      CIIG Management and CIIG (n/k/a/ Arrival Vault US) agree to accept service of the Second Amended Complaint;

5.      Plaintiffs will not seek leave to further amend the Second Amended Complaint prior to a decision resolving Defendants' motions to dismiss the Second Amended Complaint;

6.      Defendants do not waive and expressly reserve all rights, claims and defenses in this action, including, but not limited to, all jurisdictional defenses, other than any objections to

the sufficiency of service of the summons with respect to the Complaint, Amended Complaint and Second Amended Complaint and the form of the summons with respect to the same.

DATED:  February 13, 2023

**THE ROSEN LAW FIRM, P.A.**

/s/ Sara Fuks
Sara Fuks
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
sfuks@rosenlegal.com

*Lead Counsel for Plaintiffs*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/ Susan L. Saltzstein
Susan L. Saltzstein
Robert A. Fumerton
Shaud G. Tavakoli
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000
susan.saltzstein@skadden.com
robert.fumerton@skadden.com
shaud.tavakoli@skadden.com

*Counsel for Defendants Arrival SA, Denis Sverdlov, Tim Holbrow, Michael Ableson, Avinash Rugoobur, Michael Anatolitis, Alain Kinsch, Kristen O'Hara, Peter Cuneo, and Arrival Vault US, Inc.*

**SHEARMAN & STERLING LLP**

/s/ Adam S. Hakki

Adam S. Hakki
599 Lexington Avenue
New York, NY 10022

4

Tel: (212) 848-8691
ahakki@shearman.com

*Counsel for UBS Securities LLC and
Barclays Capital, Inc.*


**GOODWIN PROCTER LLP**

/s/ Daniel Roeser

Daniel Roeser
Charles A. Brown
Valerie A. Haggans
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
DRoeser@goodwinlaw.com
CBrown@goodwinlaw.com
VHaggans@goodwinlaw.com

*Counsel for Cowen and Company, LLC*


**SCHULTE ROTH & ZABEL LLP**

/s/ Michael Swartz

Michael Swartz
919 Third Avenue
New York, NY 10022
Tel: (212) 756-2000
Michael.swartz@srz.com

*Counsel for CIIG Management LLC, Gavin
Cuneo and Michael Minnick*

**FOLEY HOAG LLP**

/s/ Matthew Baltay

Matthew Baltay
1301 6th Avenue
New York, NY 10019

5

Tel: (646) 927-5500
MBaltay@foleyhoag.com

*Counsel for Gilles Dusemon, Csaba Horvath
and Kintetik Sarl*

It is SO ORDERED.

_____

Hon. Peggy Kuo
United States Magistrate Judge