UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Arrival SA, et al. Securities Litigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:

22-cv-00172-NRM-PK

ECF Case

### STIPULATION AND ORDER CONCERNING SCHEDULE FOR DEFENDANT JAE OH'S RESPONSE TO THE SECOND AMENDED COMPLAINT

WHEREAS, on January 12, 2022, Miguel Sanchez filed the initial complaint in this action (ECF No. 1);

WHEREAS, on April 15, 2022, the Court entered an order appointing Mostaco as Lead Plaintiff and approving its selection of The Rosen Law Firm, P.A. as Lead Counsel (ECF No. 39);

WHEREAS, on September 12, 2022 Plaintiffs filed the Amended Complaint in this action (ECF No. 47);

WHEREAS, on January 6, 2023, the Court set a briefing schedule on motions to dismiss the Amended Complaint (Minute Entry 1/6/2023);

WHEREAS, on February 13, 2023, certain parties stipulated that the Court's briefing schedule would apply to Plaintiffs' proposed Second Amended Complaint in this action (ECF No. 92);

WHEREAS, on February 14, 2023, the Court so ordered certain parties' stipulation and Plaintiffs filed the Second Amended Complaint (ECF No. 93);

WHEREAS, on March 9, 2023, defendants Arrival SA, CIIG Merger Corp., n/k/a/ Arrival Vault US, Inc., Denis Sverdlov, Tim Holbrow, Michael Ableson, Avinash Rugoobur, Peter Cuneo, Kristen O'Hara, Michael Anatolitis and Alain Kinsch ("Moving Defendants") served a motion to dismiss the Second Amended Complaint (the "Motion");

WHEREAS, on May 23, 2023, Plaintiffs served an opposition to Moving Defendants' motion to dismiss;

WHEREAS, on May 30, 2023, Plaintiffs purported to serve Defendant Jae Oh (together with Moving Defendants, "Defendants") with the Second Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendants, through their respective undersigned counsel, as follows:

1. Mr. Oh hereby accepts service of the Second Amended Complaint.

2. Mr. Oh will answer, move against or otherwise respond to the Second Amended Complaint by July 6, 2023.

3. In the event Mr. Oh moves to dismiss the Second Amended Complaint:

   a) Mr. Oh will do so through a joinder to the pending Motion that may include briefing limited to unique issues specific to his defense not to exceed five (5) pages;

   b) Plaintiffs may respond in an opposition limited to unique issues specific to Mr. Oh's defense not to exceed five (5) pages by July 20, 2023;

   c) In the event that Plaintiff files an opposition to Mr. Oh's joinder, Defendants may file a reply not to exceed two (2) pages on or before July 27, 2023.

4. Mr. Oh does not waive, and expressly preserves, any and all defenses, rights, objections, motions, or arguments in this action, other than any objections to the sufficiency of service of the summons with respect to the Second Amended Complaint and the form of the summons with respect to the same. For the avoidance of doubt, by entering into this

Stipulation, Mr. Oh does not intend to waive, and expressly preserves, all jurisdictional

objections and defenses (among others).


Dated: New York, New York
      June 22, 2023

                                      /s/ *Susan L. Saltzstein*
                                      Susan L. Saltzstein
                                      Robert A. Fumerton
                                      Shaud G. Tavakoli
                                      SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                      One Manhattan West
                                      New York, NY 10001
                                      Phone: (212) 735-3000
                                      Fax: (212) 735-2000
                                      susan.saltzstein@skadden.com

                                      *Counsel for Defendants Arrival SA,*
                                        *Arrival Vault US, Inc., Denis Sverdlov,*
                                        *Tim Holbrow, Michael Ableson,*
                                        *Avinash Rugoobur, Peter Cuneo,*
                                      *Kristen O'Hara, Michael Anatolitis,*
                                      *Alain Kinsch and Jae Oh*


                                      /s/ *Sara Fuks*
                                      Sara Fuks
                                      Laurence Rosen
                                      Phillip Kim
                                      THE ROSEN LAW FIRM, P.A.
                                      275 Madison Avenue, 40th Floor
                                      New York, NY 10016
                                      Tel: (212) 686-1060
                                      sfuks@rosenlegal.com

                                      *Lead Counsel for Plaintiffs*


IT IS SO ORDERED:

DATED:  July 5, 2023                          *Peggy Kuo*

                                      Hon. Peggy Kuo
                                      United States Magistrate Judge