**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Arrival SA, et al. Securities Litigation | **CASE No.: 1:22-cv-00172-NRM-PK**<br><br><br>CLASS ACTION |

**NOTICE OF PLAINTIFFS' MOTION TO STRIKE OR IN THE ALTERNATIVE, FOR LEAVE TO FILE SUR-REPLY, RELATED TO BARCLAYS CAPITAL INC.'S AND UBS SECURITIES LLC'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that Lead Plaintiff Mostaco Corp. and named Plaintiff Salvatore Fiorellino ("Plaintiffs") by and through their undersigned counsel, will move this Court, upon referral, before the Honorable Peggy Kuo, United States Magistrate Judge, at the United States Courthouse at 225 Cadman Plaza East, Brooklyn, New York, on a date and time as the Court may direct, for an order striking, or in the alternative for leave to file a sur-reply related to Barclay's Capital Inc.'s and UBS Securities LLC's Reply in Support of their Motion to Dismiss the Second Amended Class Action Complaint. (Dkt. No. 110-14). In Support of its Motion, Plaintiffs rely upon the Memorandum of Law filed herewith, and other case filings referenced in the Memorandum.

Dated:  July 10, 2023                                Respectfully submitted,

                                                                    /s/ Sara Fuks
                                                                    Sara Fuks
                                                                    Laurence Rosen
                                                                    Phillip Kim

**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
sfuks@rosenlegal.com
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Lead Counsel for Plaintiffs and the Putative Class*