**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Arrival SA, et al. Securities Litigation | **CASE No.: 1:22-cv-00172-NRM-PK** |
| | CLASS ACTION |

**DECLARATION OF SARA FUKS IN SUPPORT OF PLAINTIFFS' SUR-REPLY IN RESPONSE TO THE ARRIVAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION <u>COMPLAINT</u>**

I, Sara Fuks, declare under penalty of perjury as follows:

1.      I am a partner at the Rosen Law Firm, PA, Lead Counsel for Lead Plaintiff Mostaco Corp. and named plaintiff Salvatore Fiorellino ("Plaintiffs") in the above-captioned action. I respectfully submit this declaration in support of Plaintiffs' Sur-Reply in Response to the Arrival Defendants' Reply in Support of their Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a redline showing the changes made between the original decision in *Menora Mivtachim Ins. Ltd. v. Frutarom Indus. Ltd.*, 54 F.4th 82 (2d Cir. 2022) issued on September 30, 2022, ("*Frutarom I*") and the amended decision issued on November 30, 2022 ("*Frutarom II*").

3.      Attached as **Exhibit 2** is the Brief for *Amici Curiae* Securities Law Scholars in Support of Plaintiffs-Appellants in *Menora Mivtachim Ins. Ltd. v. Frutarom Indus. Ltd.*, Case No. 21-1076, filed in the United States Court of Appeals for the Second Circuit.

I hereby declare under penalty of perjury that the foregoing is true and correct.

1

2

Dated: July 11, 2023                          */s/Sara Fuks*
                                              Sara Fuks

New York, New York

2