**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re Arrival SA, et al. Securities Litigation | **CASE No.: 1:22-cv-00172-NRM-PK**<br><br>CLASS ACTION |

**DECLARATION OF SARA FUKS IN SUPPORT OF PLAINTIFFS' SUR-REPLY IN RESPONSE TO TO BARCLAYS CAPITAL INC.'S AND UBS SECURITIES LLC'S REPLY IN SUPPORT OF MOTION DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

I, Sara Fuks, declare under penalty of perjury as follows:

1.      I am a partner at the Rosen Law Firm, PA, Lead Counsel for Lead Plaintiff Mostaco Corp. and named plaintiff Salvatore Fiorellino ("Plaintiffs") in the above-captioned action. I respectfully submit this declaration in support of Plaintiffs' Sur-Reply in Response to Barclays Capital Inc.'s and UBS Securities LLC's ("Underwriter Defendants") Reply in support of Motion to Dismiss the Second Amended Class Action Complaint.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of plaintiffs' memorandum of law in opposition to defendants' motion to dismiss in *In re CarLotz, Inc. Sec. Litig.*, 21-CV-5906-RA ("*CarLotz*").

3.      Attached hereto as **Exhibit 2** is a true and correct copy of plaintiffs' sur-reply memorandum of law in *CarLotz*.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of plaintiffs' second amended complaint in *Carlotz*.

I hereby declare under penalty of perjury that the foregoing is true and correct.

1

Dated: July 11, 2023                              */s/Sara Fuks*
                                                 Sara Fuks

New York, New York

2