## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-4132
DIRECT FAX
(917) 777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

June 11, 2024

**VIA ECF**

Honorable Nina Morrison
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> RE:    *In re Arrival SA Securities Litigation*,
> 1:22-cv-00172 (NRM) (PK): Notice of Bankruptcy

Dear Judge Morrison and Magistrate Judge Kuo:

We represent Arrival SA ("Arrival"), Arrival Vault US, Inc., and certain individual defendants. We write on behalf of Arrival to inform the Court that, on June 10, 2024, we learned that: (i) on May 16, 2024, Arrival filed a bankruptcy petition with the Tribunal d'Arrondissement de et à Luxembourg of Luxembourg (the "Luxembourg Court") and, (ii) on May 22, 2024, the Luxembourg Court rendered a judgment declaring Arrival bankrupt. A copy of Arrival's June 10, 2024, Form 6-K filed with the Securities and Exchange Commission announcing the bankruptcy proceedings is attached hereto as Exhibit A. We understand from advisors to Arrival that the bankruptcy proceedings in the Luxembourg Court are ongoing.

Respectfully submitted,

/s/ *Susan L. Saltzstein*

Susan L. Saltzstein

cc:    All counsel of record (via ECF)

Judge Morrison
Magistrate Judge Kuo
June __, 2024
Page 2

Encl.