UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :          1:22-cv-00172-NRM-PK

In re Arrival SA, et al. Securities Litigation     :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF SUSAN L. SALTZSTEIN IN
## SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Susan L. Saltzstein, hereby declare pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Skadden, Arps, Slate, Meagher & Flom LLP

("Skadden"), counsel of record for Defendants Arrival SA ("Arrival"), Arrival Vault US, Inc.

("Arrival Vault"), Michael Ableson, Michael Anatolitis, Peter Cuneo, Tim Holbrow, Alain

Kinsch, Kristen O'Hara, Jae Oh, Avinash Rugoobur, and Denis Sverdlov. I respectfully submit

this Declaration in support of Skadden's motion to withdraw as counsel for Defendant Denis

Sverdlov pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York (the "Local Rules").

2.      Skadden respectfully requests the Court's permission to withdraw as counsel due

to a conflict of interest that has arisen between Mr. Sverdlov and the other parties Skadden

represents.

3.      On January 12, 2022, this putative securities class action was commenced against

Arrival, Mr. Sverdlov, and other individuals and entities. (ECF No. 1.) Mr. Sverdlov served as

Arrival's Chief Executive Officer during the Class Period alleged in the operative Second

Amended Class Action Complaint (the "Complaint"). (ECF No. 47 ¶¶ 1, 40.) Arrival agreed to

indemnify Mr. Sverdlov for certain liabilities, including for legal fees in connection with this

Action.

4.      On June 1, 2022, Skadden and Mr. Sverdlov entered into an agreement under which Skadden would represent Mr. Sverdlov and other individuals and corporate entities in connection with this action and a related putative securities class action pending in New York state court captioned *Lioubinine v. Arrival*, Index No. 651783/2022 (Sup. Ct. N.Y. Cnty.). Skadden agreed to represent corporate entities Arrival and Arrival Vault (together, the "Corporate Group Clients") and individuals Michael Ableson, Michael Anatolitis, Peter Cuneo, Tim Holbrow, Alain Kinsch, Kristen O'Hara, Jae Oh, Avinash Rugoobur, and Mr. Sverdlov (collectively, the "Individual Group Clients," and together with the Corporate Group Clients, the "Group Clients").

5.      On March 9, 2023, on behalf of Arrival, Mr. Sverdlov, and the other Group Clients, Skadden submitted a motion to dismiss the Complaint to Plaintiffs' counsel pursuant to Magistrate Judge Kuo's "bundling rule." (ECF No. 101.) The motion was filed on June 22, 2023 (ECF No. 107), and is fully briefed.

6.      All other separately represented defendants have also moved to dismiss the Complaint and those motions are also *sub judice*.

7.      On May 16, 2024, Arrival filed a bankruptcy petition with the Tribunal d'Arrondissement de et à Luxembourg of Luxembourg, and on May 22, 2024, the Luxembourg Court rendered a judgment declaring Arrival bankrupt. (ECF No. 136.)

8.      On September 24, 2024, the parties notified the Court that they intended to participate in a mediation on November 12, 2024. (ECF No. 137.)

9.      On November 12, 2024, Skadden, counsel for all non-bankrupt entity defendants, and counsel for Lead Plaintiffs participated in a mediation. (ECF No. 140.) Although the parties

2

did not reach a settlement, they agreed to continue discussions with respect to certain parties. (*Id.*) Those discussions remain ongoing. (ECF Nos. 141-48.)

10.     Mr. Sverdlov's interests have diverged from the other Group Clients. Skadden cannot adequately represent both Mr. Sverdlov's interests and the Group Clients' interests. Skadden will continue to represent all Individual Group Clients except Mr. Sverdlov.

11.     We have notified Mr. Sverdlov, counsel for Lead Plaintiffs, and counsel for all other parties of our intent to withdraw. Mr. Sverdlov consents to Skadden's withdrawal. We are also sending a copy of this application to Mr. Sverdlov contemporaneously with its filing, in accordance with Local Rule 1.4.

12.     We understand that as of this filing Mr. Sverdlov has not retained new counsel for this Action but is considering new counsel. In the interim, we have provided counsel for Lead Plaintiffs with contact information for Mr. Sverdlov.

13.     If the Court deems it necessary, we are prepared to provide the Court, *in camera*, copies of documents and further details substantiating the foregoing.

14.     No prior application has been made for the relief requested herein.

15.     Skadden is not asserting a retaining or charging lien with respect to Mr. Sverdlov. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2025, in New York, New York.

*/s/ Susan L. Saltzstein*
Susan L. Saltzstein

3